IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABAD OSMAR,
    Plaintiff,

vs.                               Case No.  3:11cv24/MCR/CJK

MARSHA NICHOLS, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the Court upon referral from the clerk.  Plaintiff commenced this civil rights action on January 18, 2011, by filing a complaint under U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (Docs. 1 & 2).  On March 30, 2011, plaintiff was granted leave to proceed *in forma pauperis* and assessed an initial partial filing fee of $10.00.  (Doc. 12).  Plaintiff was given thirty (30) days in which to pay the partial filing fee, and warned that failure to do so would result in a recommendation that this case be dismissed.  Thereafter, plaintiff was provided an extension of time until May 25, 2011 in which to pay the partial filing fee. (Doc. 19). After plaintiff failed to comply by that date, the Court issued an order on June 13, 2011, requiring plaintiff to show cause, within fourteen (14) days, why this case should not be dismissed for his failure to comply with an order of the court.  (Doc.

25). To date, plaintiff has neither responded to the order to show cause, paid the initial partial filing fee, nor sought an extension of time.[1]

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 26th day of July, 2011.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

---

[1] Although plaintiff was transferred to a new correctional institution on June 29, 2011 (*see* doc. 26), that did not affect his receipt of the court's show cause order, because the order issued well in advance of the transfer.