IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABAD OSMAR,
    Plaintiff,

v.                                      Case No.  3:11cv24/MCR/CJK

MARSHA NICHOLS, et al.,
    Defendants.

_____

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 26, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B). No objections have been filed. Having reviewed the Report and Recommendation and the record, the court finds that the Report and Recommendation should be adopted as the opinion of the court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation (doc. 27) is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

3.    The clerk is directed to close the file.

DONE AND ORDERED this 26th day of August, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**